United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA G. VILLASENOR,<br><br>   Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI,<br><br>   Defendant. | Case No. 22-cv-02425-SI<br><br>**JUDGMENT** |

On December 7, 2022, the Court granted the parties' stipulation to a voluntary remand of this Social Security appeal for a new decision by the Commissioner of Social Security. Dkt. Nos. 19, 20. Pursuant to sentence four of 42 U.S.C. § 405(g), the Court hereby REVERSES the final decision of the Commissioner and ENTERS judgment in favor of plaintiff and against defendant. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: December 9, 2022

_____
SUSAN ILLSTON
United States District Judge